UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN LEE CARTER,

                Petitioner,                      Case No. 1:19-cv-141

v.                                         Honorable Paul L. Maloney

RANDEE REWERTS,

                Respondent.
_____/

## **<u>ORDER</u>**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motions (ECF Nos. 2, 3) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  March 13, 2019                  /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge